```
BENJAMIN B. WAGNER
United States Attorney
IAN P. WHITNEY
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALICIA M. HAUDENSCHILD,<br><br>　　　　　　Defendant. | CASE NO.: 1:13-cr-00070-GSA<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>To:<br>DATE:　　　Thursday, May 23, 2013<br>TIME:　　　10:00 am |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Ian P. Whitney, Counsel for Plaintiff, and Janet Bateman, Counsel for Defendant Alicia M. Haudenschild, that the status conference currently set for Thursday, May 9, 2013, at 1:30 p.m., **may be continued to Thursday, May 23, 2013, at 10:00 a.m. before Judge Barbara A. McAuliffe.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv), because of further need for defendant and

- 1 -   STIPULATION TO CONTINUE STATUS CONFERENCE
　　　　AND ORDER THEREON

1 defense counsel to review discovery and the government's plea offer,
2 and because the ends of justice served in granting such continuance
3 outweigh the best interests of the public and the defendant in a
4 speedy trial.

```
                                       BENJAMIN B. WAGNER
                                       United States Attorney

Dated: May 6, 2013          By:    /s/ Ian P. Whitney
                                   IAN P. WHITNEY
                                   Special Assistant U.S. Attorney


Dated: May 6, 2013          By:    /s/ Janet Bateman
                                   JANET BATEMAN
                                   Attorney For Defendant
```

**ORDER**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated: **May 6, 2013**              **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE