1  HEATHER E. WILLIAMS, CA #122664
   Federal Defender
2  ANDRAS FARKAS, CA Bar #254302
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   ALICIA M. HAUDENSCHILD

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  1:13-CR-00070 GSA
                                     )
12          Plaintiff,                )  JOINT MOTION TO MODIFY CONDITION OF
                                     )  PROBATION PURSUANT TO 18 U.S.C. §_
13  vs.                              )  3563(c) and [PROPOSED] ORDER
                                     )
14  ALICIA M. HAUDENSCHILD,          )  DATE: February 19, 2015
                                     )  TIME   10:00 a.m.
15          Defendant.                )  CRT:   Mag. Judge GARY S. AUSTIN
                                     )
16  _____  )

17       The parties hereto, through their respective counsel, BRIAN A. FOGERTY, Special

18  Assistant United States Attorney, counsel for plaintiff, and ANDRAS FARKAS, Assistant

19  Federal Defender, counsel for Defendant, ALICIA M. HAUDENSCHILD, hereby move

20  pursuant to 18 U.S.C. § 3563(c) to modify a condition of the Defendant's probation.

21       The Defendant was sentenced by this court on September 5, 2013, to pay a fine and

22  assessment of $1,000 and $25.00, respectively, obey all laws, report any new arrest, stay in touch

23  with Defendant's counsel and 12 months of unsupervised probation.

24       The parties stipulate that the Defendant's special conditions of unsupervised probation be

25  modified as follows as to the fine only:

26       The parties request that the $1,000.00 fine imposed by the Court be converted to 100

27  hours of community service.

28  / / /

The reason for this request is that Defendant has no means to fulfill her financial obligation.

WHEREFORE, the parties request that the Defendant's special condition of probation be modified pursuant to 18 U.S.C. § 3563(c).

                          Respectfully submitted,

                          BENJAMIN B. WAGNER
                          United States Attorney

Dated: August 25, 2014            /s/ *Brian A. Fogerty*
                                       BRIAN A. FOGERTY
                                       Special Assistant U.S. Attorney
                                       Attorney for Plaintiff


                          HEATHER E. WILLIAMS
                          Federal Defender

Dated: August 25, 2014            /s/ *Andras Farkas*
                                       ANDRAS FARKAS
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       ALICIA M. HAUDENSCHILD


**ORDER**

Pursuant to the motion of the parties to modify the Defendant's conditions of probation, the Court hereby modifies under 18 U.S.C. § 3563(c) the Defendant's conditions of probation as follows:  That the $1,000.00 fine imposed by the Court be converted to 100 hours of community service.

All other conditions of probation shall remain in full force and effect.

IT IS SO ORDERED.

Dated:  **August 26, 2014**              /s/ Gary S. Austin
                                       UNITED STATES MAGISTRATE JUDGE

Case 1:13-cr-00070-GSA   Document 36   Filed 08/27/14   Page 3 of 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Haudenschild / Motion to Modify Special Condition of Probation    -3-