HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, OR SBN #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ALICIA M. HAUDENSCHILD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALICIA M. HAUDENSCHILD, <br><br> Defendant. | Case No. 1:13-cr-00070-GSA <br><br> JOINT MOTION TO MODIFY CONDITIONS OF PROBATION PURSUANT TO 18 U.S.C. § 3563(c) and ORDER |

The parties, through their respective counsel, Special Assistant United States Attorney Kenneth Jenq, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for Defendant Alicia M. Haudenschild, hereby move pursuant to 18 U.S.C. § 3563(c) to modify the terms of Ms. Haudenschild's unsupervised probation.

On September 5, 2013, this Court sentenced Ms. Haudenschild to pay a $1,000 fine and a $25 special assessment and to serve one year of unsupervised probation.  On August 26, 2014, the Court modified the conditions of Ms. Haudenschild's probation by converting the $1,000 fine to 100 hours of community service.  The Court did so because Ms. Haudenschild had no means of fulfilling her financial obligation.

The parties now jointly request that the Court modify the conditions of Ms. Haudenschild's probation again.  Specifically, the parties request that the Court convert 37 hours of community service to a $370 fine.  Ms. Haudenschild has completed 63 hours of community

service but recently went back to school and started working again. She is able to pay a $370 fine immediately.

WHEREFORE, the parties request that the conditions of Ms. Haudenschild's probation be modified pursuant to 18 U.S.C. § 3563(c).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date:  January 23, 2015     */s/ Kenneth Jenq*
KENNETH JENQ
Special Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 23, 2015     */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ALICIA M. HAUDENSCHILD

## **O R D E R**

Pursuant to the parties' joint request to modify Ms. Haudenschild's conditions of probation, the Court hereby modifies under 18 U.S.C. § 3563(c) Ms. Haudenschild's conditions of probation as follows: That 37 hours of community service be converted to a $370 fine, to be paid in full before February 19, 2015.

IT IS SO ORDERED.

Dated:  **January 23, 2015**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE