# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:13-cr-00070-GSA |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| ALICIA M. HAUDENSCHILD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**          18 U.S.C. § 1030(a)(2)(B)

**Sentence Date:**          September 5, 2013

**Review Hearing Date:**          February 19, 2015

**Probation Expires On:**          May 21, 2015

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒          **Obey all federal, state and local laws**; and

☒          **Monetary Fines & Penalties in Total Amount of:** $395.00, which Total Amount is made up of a Fine: $ 370.00; Special Assessment: $ 25.00; Processing Fee: $ 0.00; Restitution: $ 0.00.

☐          Payment schedule of $          per month by the          of each month.

☒          **Community Service hours Imposed of:** 63 hours

☐          **Other Conditions:**

## *COMPLIANCE:*

☒          Defendant has complied with and completed <u>all</u> conditions of probation described above.

**<u>Otherwise:</u>**

☐          Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

          If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐          To date, Defendant has paid a total of $
          ☐ If not paid in full when was last time payment:          Date: Click here to enter a date.
                                                                                                        Amount:

☐          To date, Defendant has performed Click here to enter text.  hours of community service.

☐          Compliance with Other Conditions of Probation:

*GOVERNMENT POSITION:*

☒      The Government agrees to the above-described compliance.

☐      The Government disagrees with the following area(s) of compliance:

Government Attorney:  Kenneth Jenq

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒      that the review hearings set for 2/19/2015 at 1:30 p.m. and 5/21/2015 at 10:00 a.m.

   ☐      be continued to Click here to enter a date. at 10:00 a.m.; or

   ☒      be vacated.

☒      Or, alternatively, that Defendant's appearance for the review hearing be waived.

☒      Or, alternatively, if the Court does not vacate the hearing or waive Defendant's appearance, Defendant requests that the Court move the hearing from 1:30 p.m. on 2/19/2015 to 10:00 a.m., as Defendant must pick up her child from school at 2:30 p.m.

DATED:  2/2/2015                              */s/ Erin Snider*_____
                                                    DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒      GRANTED.  The Court orders that the Defendant's appearance for the Review Hearing be waived.  However, the Defendant is hereby ordered to appear at any subsequent hearing if ordered to do so by the Court.

☐      DENIED.

DATED: ___Feb.3,  2015_____

_____
                                                    **GARY S. AUSTIN**

IT IS SO ORDERED.

   Dated:   **February 3, 2015**            _____**/s/ Gary S. Austin**_____
                                                    UNITED STATES MAGISTRATE JUDGE
                                                    United States Magistrate Judge